```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/31/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                :
HARRY JEANTY,                :
                :
            Plaintiff(s),  :    1:14-cv-8312-GHW
                :
      -v -            :    ORDER
                :
MRS BPO, LLC,              :
                :
            Defendant(s).  :
                :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court ordered that an initial conference be held in this matter on December 2, 2014. Only defendant appeared at the conference; plaintiff did not appear. On December 4, 2014, the Court issued an order setting a conference for December 22, 2014, and, as a result of plaintiff's failure to appear at the first Court-ordered conference, specifically stated that failure to obey the Court's scheduling orders and to appear at the conference may result in the imposition of sanctions pursuant to Federal Rule of Civil Procedure 16(f), including the dismissal of this case. The December 22, 2014 conference was held as scheduled; plaintiff again failed to appear. On December 22, 2014, the Court ordered plaintiff to show cause by December 29, 2014 why this action should not be dismissed pursuant to Rule 16(f). To date, plaintiff has not responded to the Court's order to show cause. Accordingly, this action is hereby dismissed without prejudice pursuant to Rule 16(f) for plaintiff's repeated failure to obey the Court's orders and to appear at the Court's scheduled conferences in this matter.

       Defendant is directed to serve a copy of this order on plaintiff and to file proof of service with the Court.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: December 31, 2014
      New York, New York

_____
GREGORY H. WOODS
United States District Judge